**Annex D – Post-Class Period Exhibits Challenged in Opposition**

| Exhibit No. | Description | Cited in MTD | Bases for Court's Consideration |
|---|---|---|---|
| 56 | Press Release – "AstraZeneca COVID-19 vaccine authorised for emergency use by the World Health Organization" (Feb. 15, 2021) | Pgs. 4, 13, 21, 25 | • Cited for WHO approval of AZD1222 for those aged 18+, which is judicially noticeable, undisputed, and acknowledged in the Opp. at nn.20, 37<br>• Cited for AZ's stated commitment to equitable distribution and no-profit from AZD1222 during pandemic, which is undisputed and acknowledged in the AC, ¶¶ 36, 38, 47, 60, 61, and Opp. at 3-4 & n.5 |
| 58 | "Germany Approves AstraZeneca for over-65s, extends gap between doses," *Reuters* (Mar. 4, 2021) | Pgs. 21, 34 | • Cited for German regulators' approval of AZD1222 for those aged 65+, which is judicially noticeable, undisputed, and acknowledged in the Opp. at nn.20, 37 |
| 60 | Press Release – "Update following statement by NIAID on AZD1222 US Phase III trial data" (Mar. 23, 2021) | Pg. 14 | • Cited for DSMB response to AZD1222 trial data, which is judicially noticeable, undisputed, and referenced in the AC, ¶¶ 129-130 |
| 62 | AstraZeneca PLC (AZN) CEO Pascal Soriot on Q2 2021 Results – Earnings Call Transcript (Aug. 1, 2021) | Pgs. 4, 14, 25 | • Cited for AZ's stated commitment to equitable distribution of AZD1222, which is undisputed and acknowledged in the AC, ¶¶ 38, 47, 60, 61 and Opp. at n.5 |
| 63 | Press Release – "Oxford vaccine reaches one billion doses released" (July 29, 2021) | Pgs. 14, 31 | • Cited for number of AZD1222 doses released, which is undisputed and acknowledged in the Opp at nn.20, 37<br>• Cited for AZ's stated commitment to equitable distribution, which is undisputed and acknowledged in the AC, ¶¶ 38, 47, 60, 61, and Opp. at n.5 |
| 64 | Pascal Soriot Bloomberg Interview Transcript (July 29, 2021) | Pg. 14 | • Cited for recognition that three COVID-19 vaccines had already received FDA EUA approval, which is judicially noticeable, undisputed, and acknowledged in the Opp. at 2 & n.20 |

| Exhibit No. | Description | Cited in MTD | Bases for Court's Consideration |
|---|---|---|---|
| | | | • Cited for AZ's disclosure that it would not seek FDA EUA and would instead seek full regulatory approval, which is undisputed and acknowledged in the Opp. at Ex. A |
| 65 | "AstraZeneca coronavirus vaccine sales triple, but US plans delayed again," *The National* (July 29, 2021) | Pg. 14 | • Cited for recognition that three COVID-19 vaccines had already received FDA EUA approval, which is judicially noticeable, undisputed, and acknowledged in the Opp. at 2 & n.20<br>• Cited for AZ's disclosure that it would not seek FDA EUA and would instead seek full regulatory approval, which is undisputed and acknowledged in the Opp. at Ex. A |
| 66 | FDA News Release – "FDA Approves First Covid-19 Vaccine" (Aug. 23, 2021) | Pg. 14 | • Cited for FDA approval of Pfizer-BioNTech COVID-19 vaccine, which is judicially noticeable and undisputed |
| 67 | "Tracking Coronavirus Vaccinations Around the World," *The New York Times* (as of Sept. 27, 2021) | Pg. 14 | • Cited for use of AZD1222 globally, which is judicially noticeable, undisputed, and acknowledged in the Opp. at nn.20, 37 |