**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re ASTRAZENECA PLC SECURITIES
LITIGATION

21 CIVIL 722 (JPO)

## JUDGMENT

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 12, 2022, Defendants' motion dismiss is GRANTED. Plaintiffs' motion for leave a file a sur-reply is denied as moot. The Court has declined to grant leave to amend because (1) Plaintiffs have not complied with paragraph 3(D)(ii) of the Court's Individual Rules despite the opportunity to do so, (2) Plaintiffs have not suggested how they would amend the already-amended complaint to remedy the grounds for dismissal identified in this opinion, and (3) the Court concludes that amendment would be futile under the circumstances. Final judgment is entered dismissing the amended complaint with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
September 13, 2022

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:**  *K. Mango*
_____
**Deputy Clerk**