UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
                                         :  Case No. 1:21-cv-00722-JPO
                                         :
In re ASTRAZENECA PLC SECURITIES         :  CLASS ACTION
LITIGATION                               :
                                         :  **NOTICE OF APPEAL**
                                         :
                                         :
———————————————————— x

Notice is hereby given that Lead Plaintiffs Nuggehalli Balmukund Nandkumar and Wayne County Employees' Retirement System and Plaintiff Vladimir Zhukov, individually and on behalf of all others similarly situated, appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on September 13, 2022 (ECF No. 58), and the Opinion and Order filed on September 12, 2022 (ECF No. 57), which granted Defendants' motion to dismiss with prejudice.

DATED:  October 12, 2022            ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    SAMUEL H. RUDMAN
                                    ALAN I. ELLMAN
                                    WILLIAM J. GEDDISH
                                    MAGDALENE ECONOMOU


                                            */s/ Samuel H. Rudman*
                                    —————————————————————
                                         SAMUEL H. RUDMAN

                                    58 South Service Road, Suite 200
                                    Melville, NY  11747
                                    Telephone:  631/367-7100
                                    631/367-1173 (fax)
                                    srudman@rgrdlaw.com
                                    aellman@rgrdlaw.com
                                    wgeddish@rgrdlaw.com
                                    meconomou@rgrdlaw.com

POMERANTZ LLP
JEREMY A. LIEBERMAN
MURIELLE J. STEVEN WALSH
ELINA RAKHLIN
600 Third Avenue
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
mjsteven@pomlaw.com
erakhlin@pomlaw.com

POMERANTZ LLP
PATRICK V. DAHLSTROM
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312/377-1181
312/377-1184 (fax)
pdahlstrom@pomlaw.com

*Attorneys for Lead Plaintiffs*

VANOVERBEKE, MICHAUD TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Additional Counsel for Lead Plaintiff Wayne County Employees' Retirement System*

PORTNOY LAW FIRM
LESLEY F. PORTNOY
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: 310/692-8883

*Additional Counsel for Lead Plaintiff Nuggehalli Balmukund Nandkumar*

BRONSTEIN, GEWIRTZ
  & GROSSMAN, LLC
PERETZ BRONSTEIN
60 East 42nd Street, Suite 4600
New York NY  10165
Telephone:  212/697-6484
212/697-7296 (fax)
peretz@bgandg.com

*Additional Counsel for Additional Plaintiff Vladimir Zhukov*